IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-453-RJC-DCK

| | |
|---|---|
| JENNIFER WALASZEK, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| IQ DATA INTERNATIONAL, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Plaintiff has filed a "Notice Of Settlement" (Document No. 12) notifying the Court that the parties have reached a settlement agreement. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal, or other documents necessary to effectuate the closing of this case, on or before **March 2, 2012**.

Signed: February 3, 2012

David C. Keesler
United States Magistrate Judge